UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

John Czerniak
                Plaintiff,

v.                                     Case No.: 1:21−cv−04482
                                             Honorable John Robert Blakey

Bayer Healthcare LLC, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Pursuant to the Final Approval Order filed on 1/6/2025 in Case No. 1:21cv4447, the Court dismisses this case with prejudice. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.